■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TED L. WILSON, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— Judgment of the Supreme Court, Dutchess County, dated August

7, 1968, affirmed, without costs. It is clear from the record that the court gave the warning required by former section 335-b (now § 335-c) of the Code of Criminal Procedure prior to the acceptance of the guilty plea. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.